# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| LGRT PRO LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>EUROMARKET DESIGNS, INC., D/B/A CRATE AND BARREL,<br><br>      Defendant. | Civil Action No. 5:16-cv-42-RWS |

## FINAL JUDGMENT

Having granted Plaintiff's Motion and dismissed Defendant Euromarket Designs, Inc., D/B/A Crate and Barrel without prejudice, this Court enters **FINAL JUDGMENT** terminating this action and **ORDERS** the clerk to close this action.

**SIGNED this 14th day of April, 2016.**

*/s/ Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE